UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BELLAGIO, LLC, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>BELLAGIO CAR WASH & EXPRESS LUBE, et al.,<br><br>              Defendants. | Case No. 2:14-cv-01362-JCM-PAL<br><br>ORDER |

Before the court is the parties' Stipulation and Proposed Order to Extend Discovery Deadlines (First Request) (Dkt. #18). The parties request a 90-day extension of the discovery plan and scheduling order deadlines in light of the fully briefed, pending motion to dismiss, and the motion for leave to amend/correct complaint on file. Rather than extend the deadlines on the expectation the motions may be decided shortly, the court will enter a temporary stay of discovery as the Defendant's response to the motion to dismiss does not claim discovery is needed to adequately respond. Based upon the foregoing,

**IT IS ORDERED** that:

1. The parties' Stipulation (Dkt. #18) to extend discovery 90 days is **DENIED**.
2. Discovery is **STAYED** pending the outcome of the pending Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue (Dkt. #9). If the motion to dismiss is denied, the parties shall meet and confer and submit a proposed revised discovery plan and scheduling order within 14 days of that decision.

DATED this 10th day of February, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE