UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BELLAGIO, LLC, | Case No. 2:14-CV-1362 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| BELLAGIO CAR WASH & EXPRESS LUBE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bellagio, LLC, et al v. Bellagio Car Wash & Express Lube, et al.*, case number 2:14-cv-01362-JCM-PAL.

On March 16, 2015, this court granted the parties' stipulation and order for leave to file first amended complaint. (Doc. # 21). Plaintiffs filed their amended complaint on March 16, 2015. (Doc. # 22). Prior to the parties' stipulation, defendants had filed a motion to dismiss plaintiffs' complaint. (Doc. # 9). Because defendants' motion to dismiss is based on the allegations of the original complaint, defendants' motion to dismiss is now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (doc. # 9) be, and the same hereby is, DENIED as moot.

DATED March 17, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**